UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-03530 JAK (PVCx) | Date | September 21, 2020 |
| Title | Jana Preciutti v. Blue Cross of California et al | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Stephen Montes Kerr | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| MaryAnne P. Gallagher | Aaron M. Rutschman |
| | Thy B. Bui |

Proceedings: **PLAINTIFF'S MOTION TO REMAND (Dkt. 17);
DEFENDANTS' MOTION TO DISMISS AND STRIKE PORTIONS OF PLAINTIFF JANA PRECIUTTI'S COMPLAINT (Dkt. 15); and
SCHEDULING CONFERENCE**

The motion hearing is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The motion hearing on Plaintiff's Motion to Remand is held. Counsel address the Court. The Court takes the Motion to Remand **UNDER SUBMISSION** and a ruling will be issued.

The Court defers ruling on Defendants' Motion to Dismiss and Strike Portions of Plaintiff Jana Preciutti's Complaint and setting pretrial dates as part of the scheduling conference until the Motion to Remand is decided. The Court does suggest tentative dates with which the parties agree.

**IT IS SO ORDERED.**

: 42

Initials of Preparer   SMO